1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE A. GIBSON,

11              Plaintiff,                   No. CIV S-05-1755 LKK GGH P

12         vs.

13   D.L. RUNNELS, et al.,

14              Defendants.

15   _____/

16   CLARENCE A. GIPBSON,

17              Plaintiff,                   No. CIV S-07-0157 MCE EFB P

18         vs.

19   SCOTT KERNAN, et al.,                   NON-RELATED CASE ORDER

20              Defendants.

21   _____/

22         The court has received the Notice of Related Cases concerning the above-

23   captioned cases filed February 7, 2007.  See Local Rule 83-123, E.D. Cal.  The court has

24   determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines

25   to do so.

26   \\\\\

1    This order is issued for informational purposes only and shall have no effect on the status of the

2    cases.

3    DATED: 3/5/07

                                          /s/ Gregory G. Hollows

4                                          _____

                                          GREGORY G. HOLLOWS
5                                          U.S. Magistrate Judge

6    gib1755.rel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26