IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

      Plaintiff,                     No. CIV S-05-1755 LKK GGH P

   vs.

D.L. RUNNELS, et al.,

      Defendants.            ORDER

_____/

        On January 22, 2007, plaintiff filed a motion asking the court to reconsider its January 8, 2007, order granting defendants' motion to dismiss.

        Plaintiff's motion does not meet the requirements of Fed. R. Civ. P. 59(e) or 60(b). With respect to Rule 59(e), plaintiff has failed to 1) present the court with newly discovered evidence, 2) show that the court committed clear error or that the decision was manifestly unjust; or 3) identify an intervening change in controlling law. <u>Dixon v. Wallowa County</u>, 336 F.3d 1013, 1022 (9th Cir. 2003). With respect to Rule 60(b), plaintiff has failed to show 1) mistake, surprise or excusable neglect; 2) newly discovered evidence; 3) fraud; 4) a void judgment; 5) a satisfied or discharged judgment; or 6) extraordinary circumstances. Fed. R. Civ. P. 60(b).

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's January 22, 2007,
2  motion for reconsideration (court file doc. # 45) is denied.
3  DATED: March 9, 2007.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```