UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| CLARENCE A. GIBSON,<br><br>     Plaintiff - Appellant,<br>  v.<br><br>J. SHELTON, Sgt.; et al.,<br><br>     Defendants - Appellees,<br><br>  and<br><br>D.L. RUNNELS,<br><br>     Defendant. | No.  07-15510<br>D.C. No. CV-05-01755-<br>LKK/GGH<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [✗]

Explanation: _Plaintiff has not met the requirements of FRCP 59(e) or 60(b)._

_____

_____
GREGORY G. HOLLOWS
Judge
United States District Court

Date: _April 18, 2007_